# EXHIBIT A

1. Alvarado, Carlos
2. Galvan, Jose Luis
3. Galvan Rodriguez, Noe
4. Gonzalez, Alex
5. Guerrero, Javier
6. Juarez, Cesar
7. Juarez, Salvador
8. Loredo, Ann Maria
9. Loredo, Antonio
10. Loredo, Hector
11. Loredo, Jesus
12. Loredo, Jose Alberto
13. Loredo, Patricia
14. Loredo, Bizarraga Juan
15. Martinez, Juan Manuel
16. Martinez, Ramon
17. Martinez, Roberto
18. Mendoza, Braulio
19. Mendoza, Jose
20. Mendoza Fuentes, Jose Osvaldo
21. Mendoza, Jr., Benjamin
22. Ramirez, Santiago
23. Rodriguez, Victor Hugo
24. Vidal, Enrique