FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARTIN J. WALSH,[1] Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br>v.<br><br>TSTAR SERVICES, INC.,<br>TSTAR SAWING & DRILLING, LLC.,<br>BENJAMIN MENDOZA, and JOSE ALEJANDRO MENDOZA, Individually and Jointly,<br><br>    Defendants. | ) ) ) ) ) ) ) CIVIL ACTION NO. 4:21-cv-0293 ) ) ) ) ) ) ) |

## NOTICE OF FULL SETTLEMENT

Plaintiff, Martin J. Walsh, Secretary of Labor, U.S. Department of Labor ("Plaintiff") notifies the Court that a full settlement was reached in this case disposing of all claims. The Plaintiff and TSTAR Services, Inc., TSTAR Sawing & Drilling, LLC, Benjamin Mendoza, and Jose Alejandro Mendoza ("Defendants") entered into an agreed Consent Judgment addressing the payment of back wages for overtime violations and record keeping violations of Section 7 and 11(c) of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq*. ("FLSA" or "the Act"), liquidated damages, and injunctive relief. The parties executed the Consent Judgment, which includes a proposed Order, on August 18, 2021, and filed it in the ECF system on August 23, 2021. The parties agreed to bear their own costs, fees, and other expenses.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Martin J. Walsh, Secretary of Labor, is automatically substituted as a party for the former Acting Secretary of Labor, Milton Al Stewart.

Respectfully Submitted,
SEEMA NANDA
Solicitor of Labor

JOHN RAINWATER
Regional Solicitor

MARGARET TERRY CRANFORD
Counsel for Wage and Hour


By:

/s/ Mia F. Terrell
MIA F. TERRELL
Senior Trial Attorney
Texas State Bar No. 24010035

KARLA JACKSON EDWARDS
Senior Trial Attorney

U. S. Department of Labor
Office of the Solicitor
525 Griffin Street, Suite 501
Dallas, Texas  75202
Telephone: (972) 850-3100
Facsimile: (972) 850-3101
E-mail:  terrell.mia.@dol.gov
edwards.karla.j@dol.gov
docket.dallas@dol.gov

  Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of September, 2021, a true and correct copy of the foregoing *Notice* has been forwarded to the parties and/or counsel of record for all parties, addressed as follows:

G. CRIST BURGER
Attorney
Texas State Bar No. 03378625
Houston, Texas 77057
Telephone: (713) 400-6182
Facsimile:  (713) 481-0289
E-mail:   gcristburger@gmail.com

Counsel for Defendants

/s/ Mia Terrell
Mia F. Terrell
Senior Trial Attorney